# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INNOVATIO IP VENTURES, LLC, | ) |
| Plaintiff, | ) 3:11-CV-00343-LRH-WGC |
| v. | ) ORDER |
| MEI-GSR HOLDINGS LLC dba GRAND SIERRA RESORT AND CASINO, | ) |
| Defendant. | ) |

Before the court is Defendant MEI-GSR Holdings LLC's Motion to Stay (#27[1]). Plaintiff Innovatio IP Ventures, LLC filed an opposition (#29), and Defendant replied (#34).

Defendant moves to stay this patent infringement action pending resolution of a declaratory relief action filed against Plaintiff in the District of Delaware by suppliers of the allegedly infringing products, *Cisco Systems, Inc. and Motorola Solutions, Inc. v. Innovatio IP Ventures, LLC*, Case No. 1:11-cv-425 (D. Del.). On December 27, 2011, this court entered an order (#35) deferring resolution of Defendant's motion and staying this matter for 30 days pending a decision by the Judicial Panel on Multidistrict Litigation on the suppliers' motion to transfer this action and others to the District of Delaware and to consolidate the actions for coordinated pretrial proceedings. The next day, this court received notice (#36) of the MDL Panel's order transferring

---

[1] Refers to court's docket entry number.

this case and others to the Northern District of Illinois for coordinated or consolidated pretrial proceedings with an action pending in that district. *See In re Innovatio IP Ventures, LLC, Patent Litigation*, M.D.L. No. 2303 (J.P.M.L.).

IT IS THEREFORE ORDERED that Defendant's Motion to Stay (#27) is DENIED as moot, and this court's order (#35) granting a 30-day stay is VACATED.

IT IS SO ORDERED.

DATED this 29th day of December, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE